<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 02-6077**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    versus

WILLIAM SHORTER, JR.,

        Defendant - Appellant.

---

**No. 02-6078**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    versus

WILLIAM SHORTER, JR.,

        Defendant - Appellant.

---

**No. 02-6107**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    versus

WILLIAM SHORTER, JR.,

                                    Defendant - Appellant.

_____

No. 02-6121
_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WILLIAM SHORTER, JR.,

                                    Defendant - Appellant.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-98-192-A)

_____

Submitted: March 21, 2002          Decided: March 29, 2002

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Shorter, Jr., Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Shorter, Jr., appeals the district court's orders denying his motions for stenographic notes and records relating to three of his co-conspirators: Lebby, Brown, and Roberts. He also appeals the district court's order denying his motion for reconsideration of the court's Aug. 27, 2001, order denying access to records. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Shorter, No. CA-98-192-A (E.D. Va. filed Dec. 21, 2001 & entered Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED